**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARTINEZ REYES LORENZO,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. EDCV 26-2950 KK (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DISMISSING this action without prejudice as MOOT.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

DATED: October 23, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE