JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTINEZ REYES LORENZO,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. EDCV 26-2950 KK (PVC)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice as moot.

DATED: October 23, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE